IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA



JAMES MARTIN,

    Plaintiff,

v.

PNC FINANCIAL SERVICES GROUP, INC.,

    Defendant.

Case No.: 1:19-cv-222-SEB-MPB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff James Martin voluntarily dismisses this action against Defendant PNC Financial Services Group, Inc. with prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant has not yet filed either an answer or motion for summary judgment.

2/11/2019

DATE)

Respectfully submitted,

James Martin
735 ½ Center Street
Shelbyville, IN 46176
317-512-8904
Jamesamartin3@gmail.com